United States District Court
Southern District of Texas
**ENTERED**
December 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARK SILGUERO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-361 |
| | § | |
| CSL PLASMA, INC., | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.        ■ Bench  ❏ Jury

2. Parties shall mediate case and submit a status report by:        **2/1/2017**

3. Deadline to amend pleadings and join new parties:        **3/15/2017**
   *Plaintiff must furnish a copy of this scheduling order to new parties. Parties must comply with Federal Rule of Civil Procedure 15(a) in amending pleadings before this deadline.*

4. The plaintiff's experts, if any, will be named with a report furnished by:        **4/14/2017**

5. The defendant's experts, if any, must be named with a report furnished by:        **5/15/2017**

6. Discovery must be completed by:        **7/14/2017**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

7. Dispositive Motions will be filed by:        **7/31/2017**

8. Deadline for filing pretrial motions to comply with Rule 16(b)(3)(A):        **10/5/2017**

9. Joint Pretrial Order is due:        **10/5/2017**

10. Final Pretrial Conference is set for 2:00 p.m. in the Corpus Christi Division on:        **10/19/2017**

11. Bench Trial date will be determined at the final pretrial conference.        __TBD__
    *(The case will remain on standby until tried)*

SIGNED this 7th day of December, 2016.

_____
Hilda Tagle
Senior United States District Judge