IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARK SILGUERO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:16-CV-361 |
| | § | |
| CSL PLASMA, INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

BE IT REMEMBERED that on November 2, 2017 this Court **ENTERED** final judgment in the above-captioned case.

On November 2, 2017, the Court **GRANTED** Defendant's motion for summary judgment (Dkt. No. 34), **STRUCK AS MOOT** Plaintiffs' motions for summary judgment (Dkt. Nos. 35-36) and Plaintiffs' Motion to Preclude Unreliable and Irrelevant Opinions of Defendant's Expert John Nelson (Dkt. No. 46), and **VACATED** all remaining settings in the case, thus dismissing all claims in this action.

WHEREFORE, the Court **ORDERS** the entry of Final Judgment in this case, and **DIRECTS** the Clerk of Court to close the case.

SIGNED this 2nd day of November, 2017.

Hilda Tagle
Senior United States District Judge