# INVOICE

U.S. Legal Support
802 N. Carancahua Street
Suite 2280
Corpus Christi, TX 78401
Phone:361-883-1716   Fax:361-888-6550

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140011770 | 4/27/2017 | 238878 |
| Job Date | Case No. | |
| 4/11/2017 | 216CV00361 | |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN 55402

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Michelle Mailey                                                                 377.14

                                             TOTAL DUE >>>        $377.14
                                             AFTER 6/11/2017 PAY   $433.71

Thank you for your business. If you have any billing questions, please email swbilling@uslegalsupport.com. We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:**                                                       Phone: 612-339-1818   Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN 55402

Job No.      : 238878          BU ID      : 5-CORPUS
Case No.     : 216CV00361
Case Name    : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.
Invoice No.  : 140011770       Invoice Date : 4/27/2017
**Total Due** : $ 377.14
AFTER 6/11/2017 PAY $433.71

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX 77210-4772**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

U.S. Legal Support
802 N. Carancahua Street
Suite 2280
Corpus Christi, TX 78401
Phone:361-883-1716   Fax:361-888-6550

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140011612 | 4/27/2017 | 239150 |
| Job Date | | Case No. |
| 4/10/2017 | | 216CV00361 |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Sam Schultz                                                                                                                403.65

                                                              TOTAL DUE >>>         $403.65
                                                              AFTER 6/11/2017  PAY  $464.20

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:**                                                                                   Phone: 612-339-1818   Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

Job No.      : 239150           BU ID       : 5-CORPUS
Case No.     : 216CV00361
Case Name    : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.
Invoice No.  : 140011612        Invoice Date : 4/27/2017
**Total Due** : **$ 403.65**
AFTER 6/11/2017  PAY  $464.20

| PAYMENT WITH CREDIT CARD         AMEX   [card]   VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To:  **U.S. Legal Support**
           **P.O. Box 4772-14**
           **Houston, TX  77210-4772**

# INVOICE

U.S. Legal Support
802 N. Carancahua Street
Suite 2280
Corpus Christi, TX 78401
Phone:361-883-1716   Fax:361-888-6550

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140011627 | 4/28/2017 | 239092 |
| Job Date | Case No. | |
| 4/10/2017 | 216CV00361 | |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN 55402

ORIGINAL TRANSCRIPT OF:
   Mark Silguero     554.30
ORIGINAL TRANSCRIPT OF:
   Lisa Ann Silguero     351.25

**TOTAL DUE >>>**    **$905.55**
AFTER 6/12/2017 PAY    $1,041.38

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:**     Phone: 612-339-1818    Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN 55402

Job No.     : 239092     BU ID     : 5-CORPUS
Case No.     : 216CV00361
Case Name     : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.
Invoice No.     : 140011627     Invoice Date     : 4/28/2017
**Total Due     : $ 905.55**
AFTER 6/12/2017  PAY  $1,041.38

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support
802 N. Carancahua Street
Suite 2280
Corpus Christi, TX 78401
Phone:361-883-1716  Fax:361-888-6550

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140017098 | 7/5/2017 | 244411 |
| Job Date | Case No. | |
| 6/26/2017 | 216CV00361 | |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN 55402

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Reynaldo Vargas,     298.77
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nola Baker     225.70
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Melanie Garcia     219.10

**TOTAL DUE >>>**    **$743.57**
AFTER 8/19/2017 PAY    $855.11

Thank you for your business. If you have any billing questions, please email swbilling@uslegalsupport.com. We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:**     Phone: 612-339-1818    Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN 55402

Job No.    : 244411     BU ID    : 5-CORPUS
Case No.    : 216CV00361
Case Name    : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.
Invoice No.    : 140017098     Invoice Date : 7/5/2017
**Total Due**    : **$ 743.57**
AFTER 8/19/2017 PAY $855.11

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX 77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX   MC   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100  Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140018066 | 7/18/2017 | 244702 |
| Job Date | Case No. | |
| 7/7/2017 | 216CV00361 | |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

---

ELECTRONIC COPY OF DEPOSITION OF
   Juliana Sanchez                                                                                                          216.95

                                                **TOTAL DUE  >>>**                    **$216.95**
                                                AFTER 9/1/2017  PAY                   $249.49

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:**                                                                                                                                                    Phone: 612-339-1818   Fax:

*Please detach bottom portion and return with payment.*

---

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

Job No.      : 244702              BU ID      : 1-HOU
Case No.     : 216CV00361
Case Name    : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.

Invoice No.  : 140018066           Invoice Date   : 7/18/2017
**Total Due  : $ 216.95**
AFTER 9/1/2017  PAY  $249.49

Remit To:  **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX  77210-4772**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140018072 | 7/18/2017 | 244923 |
| Job Date | Case No. | |
| 7/7/2017 | 216CV00361 | |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

---

ELECTRONIC ONLY ORIGINAL NO HARD COPY
    Amy Wolfe      472.30
        Delivery Original Waived or After R&S

TOTAL DUE  >>>    **$472.30**
AFTER 9/1/2017  PAY    $543.15

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:**       Phone: 612-339-1818   Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

Job No.       : 244923          BU ID      : 1-HOU
Case No.      : 216CV00361
Case Name  : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.
Invoice No.  : 140018072     Invoice Date  : 7/18/2017
Total Due   : $ 472.30
AFTER 9/1/2017  PAY $543.15

Remit To: **U.S. Legal Support**
        **P.O. Box 4772-14**
        **Houston, TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140018348 | 7/24/2017 | 244700 |
| Job Date | Case No. | |
| 7/6/2017 | 216CV00361 | |
| Case Name | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

ELECTRONIC COPY OF DEPOSITION OF
   Joshua Concepcion                                                                                               192.20

                                        TOTAL DUE  >>>             $192.20
                                        AFTER 9/7/2017  PAY        $221.03

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:**                                                                                      Phone: 612-339-1818   Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

Job No.      : 244700            BU ID      : 1-HOU
Case No.     : 216CV00361
Case Name    : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.

Invoice No.  : 140018348         Invoice Date  : 7/24/2017
**Total Due** : $ 192.20
AFTER 9/7/2017  PAY  $221.03

Remit To:  **U.S. Legal Support**
           **P.O. Box 4772-14**
           **Houston, TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249   Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140018584 | 7/25/2017 | 244484 |
| **Job Date** | **Case No.** | |
| 7/12/2017 | 216CV00361 | |
| **Case Name** | | |
| Mark Silguero and Amy Wolfe v. CSL Plasma, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

| | |
|---|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| John Nelson, M.D., Ph.D. | 920.85 |
| TOTAL DUE >>> | $920.85 |
| AFTER 9/8/2017  PAY | $1,058.98 |

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:**                                                                                   Phone: 612-339-1818   Fax:

*Please detach bottom portion and return with payment.*

Stephanie Willing
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
90 South Seventh Street
Suite 3800
Minneapolis, MN  55402

Job No.     : 244484            BU ID     : 4-AUSTIN
Case No.    : 216CV00361
Case Name   : Mark Silguero and Amy Wolfe v. CSL Plasma, Inc.
Invoice No. : 140018584         Invoice Date : 7/25/2017
**Total Due** : $ 920.85
AFTER 9/8/2017  PAY  $1,058.98

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX  77210-4772**

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |