IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK SILGUERO, <br><br>　　　　Plaintiff, <br><br>AMY WOLFE, <br><br>　　　　Intervenor Plaintiff, <br><br>v. <br><br>CSL PLASMA INC., <br><br>　　　　Defendant. | § § § § § § § § § § § § § § § 　CIVIL ACTION NO. 2:16-CV-00361 |

## NOTICE OF UNITED STATES SUPREME COURT'S DENIAL OF PETITION FOR CERTIORARI

PLEASE TAKE NOTICE that on February 24, 2020, the United States Supreme Court denied the petition for certiorari filed by the Plaintiffs, Mark Silguero and Amy Wolfe. A copy of the Supreme Court docket in its Case No. 19-603 is attached.

Date: February 24, 2020

*/s/ Bruce J. Douglas*
Bruce J. Douglas, Attorney-in-Charge
(Admitted *Pro Hac Vice*)
TX Bar No. 06039770
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P. C.
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone: 612.336.6858
Facsimile: 612.339.0061
Email: bruce.douglas@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT
CSL PLASMA INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian D. East
Lia S. Davis
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
Email: beast@drtx.org
       ldavis@drt.org

                                            */s/ Bruce J. Douglas*
                                            Bruce J. Douglas

41932581.1

Search documents in this case: [      ] Search

## No. 19-603

| | |
|---|---|
| Title: | **Mark Silguero, et al., Petitioners**<br>v.<br>**CSL Plasma, Incorporated** |
| Docketed: | November 7, 2019 |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (17-41206) |
| Decision Date: | August 9, 2019 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Nov 07 2019 | Petition for a writ of certiorari filed. (Response due December 9, 2019)<br><br>**Petition**    **Certificate of Word Count**    **Proof of Service** |
| Dec 09 2019 | Brief amici curiae of Current and Former Members of Congress filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Dec 09 2019 | Waiver of right of respondent CSL Plasma, Inc. to respond filed.<br><br>**Main Document** |
| Dec 18 2019 | DISTRIBUTED for Conference of 1/10/2020. |
| Dec 23 2019 | Response Requested. (Due January 22, 2020) |
| Jan 22 2020 | Brief of respondent CSL Plasma, Inc. in opposition filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 04 2020 | Reply of petitioners Mark Silguero, et al. filed.<br><br>**Main Document**    **Proof of Service**    **Certificate of Word Count** |
| Feb 05 2020 | DISTRIBUTED for Conference of 2/21/2020. |

| | | |
|---|---|---|
| Feb 24 2020 | Petition DENIED. | |

| NAME | ADDRESS | PHONE |
|---|---|---|
| **Attorneys for Petitioners** | | |
| Sasha Minh Samberg-Champion<br>    Counsel of Record | Relman Colfax PLLC<br>1225 19th St., NW<br>Suite 600<br>Washington, DC 20036<br><br>ssamberg-champion@relmanlaw.com | 2027281888 |
| Party name: Mark Silguero, et al. | | |
| **Attorneys for Respondent** | | |
| Bruce J. Douglas<br>    Counsel of Record | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>225 South Sixth Street, Suite 1800<br>Minneapolis, MN 55402<br><br>bruce.douglas@ogletree.com | 612-336-6858 |
| Party name: CSL Plasma, Inc. | | |
| **Other** | | |
| Pamela Susan Karlan<br>    Counsel of Record | Stanford Law School<br>Supreme Court Litigation Clinic<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br><br>karlan@stanford.edu | 650-725-4851 |
| Party name: Curent and Former Members of Congress | | |