# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 24, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED

FEB 26 2020

David J. Bradley, Clerk of Court

Re: Mark Silguero, et al.
v. CSL Plasma, Incorporated
No. 19-603
(Your No. 17-41206)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2020

United States Courts
Southern District of Texas
FILED

FEB 26 2020

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

  No. 17-41206   Mark Silguero, et al v. CSL Plasma, Inc.
         USDC No. 2:16-CV-361

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: /s/ Stacy Carpenter
            Stacy M. Carpenter, Deputy Clerk