IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARK SILGUERO, | § § § | |
| Plaintiff, | § § | |
| AMY WOLFE, | § § | |
| Intervenor Plaintiff, | § § | CIVIL ACTION NO. 2:16-CV-00361 |
| v. | § § § | |
| CSL PLASMA INC., | § § § | |
| Defendant. | § | |

## DECLARATION OF BRUCE J. DOUGLAS

1. My name is Bruce J. Douglas. I am an attorney of record for Defendant CSL Plasma Inc. ("CSL") in the above-captioned matter.

2. CSL Plasma Inc. is a Delaware corporation with its principal places of business in Pennsylvania and Florida.

3. These facts were correct in August 2016 when the instant civil action was commenced in this Court, and they are correct as of this date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2020 in the County of Hennepin, State of Minnesota.

*/s/ Bruce J. Douglas*
Bruce J. Douglas

41285214.1