United States District Court
Southern District of Texas
**ENTERED**
December 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK SILGUERO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-361 |
| § | |
| CSL PLASMA, INC., § | |
| § | |
| Defendant. § | |

## ORDER

The Court **DECLINES** to exercise supplemental jurisdiction over this case and **DISMISSES** the remaining state-law claims **WITHOUT PREJUDICE** to allow refiling in state court. The Court **DIRECTS** the Clerk to close this case.

SIGNED this 7th day of December 2021.

_____
Hilda Tagle
Senior United States District Judge